UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOBBY FELICIE,<br><br>                    Plaintiff,<br><br>-against-<br><br>OCTAVIA HILL, ASSISTANT INSPECTOR GENERAL OF DOI; DETECTIVE WHITE; JUDGE DORIS GONZALEZ; JUDGE JOSEPH CAPELLA; GLADYS MALDONADO, CHIEF CLERK OF BRONX COUNTY; GLADYS AQUINO; CHELSEA JOHN; LETITIA JAMES; STEVEN BANKS,<br><br>                    Defendants. | 24-cv-7447 (KMW)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the July 11, 2025, order, this action is dismissed. The motion for *pro bono* counsel is denied without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 17, 2025
            New York, New York

                                        /s/ Kimba M. Wood
                                           KIMBA M. WOOD
                                       United States District Judge